UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER VAZQUEZ-DURAN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the sentencing hearing set for Wednesday, December 14, 2011 at 9:00 a.m. is **VACATED and RESET to Wednesday, December 14, 2011 at 2:00 p.m. in Courtroom A-1002.**

    Dated:   November 28, 2011