UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER VAZQUEZ-DURAN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The sentencing hearing in this matter is reset for **Friday, January 13, 2012, at 2:00 p.m.**

    Dated:   December 19, 2011