## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Criminal Case No. 10-cr-00509-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SCOTT ANTHONY WHATCOTT,
    a/k/a Michael Scott Smith,
    a/k/a Scott Vasadi,  and
2. RAMONA CAMELIA FRICOSU,
    a/k/a Ramona Smith,

    Defendants.

## MINUTE ORDER[1]

On Thursday, **January 12, 2012**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a status/scheduling conference sometime during the week of January 23, 2012.

    Dated:  January 9, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.