UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00169-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO JAVIER VAZQUEZ-DURAN,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A sentencing hearing is set for **Friday, February 3, 2012 at 2:00 p.m.**

    Dated:   January 12, 2012